UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CATRINA BRAGG,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY VILLAGE, INC.,<br>d/b/a HARTSFIELD VILLAGE,<br><br>Defendant. | No. 2:21 CV 185 |

## O R D E R

Plaintiff's complaint was filed on June 3, 2021. (DE # 1.) Plaintiff was required to serve defendant within 90 days (in this case, by September 1, 2021). Fed. R. Civ. P. 4(m). This deadline was not satisfied.

On October 6, 2021, Magistrate Judge Joshua P. Kolar notified plaintiff that this lawsuit would be dismissed for failure to prosecute if cause were not shown regarding the deficiency. (DE # 4.) Plaintiff's response to this order was due on November 22, 2021. (DE # 14.) No response was filed.

Accordingly, the court now orders that this case is **DISMISSED WITH PREJUDICE** for failure to prosecute.

**SO ORDERED.**

Date: December 2, 2021

s/James T. Moody_____
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT