AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CATRINA BRAGG,

                Plaintiff

    v.                                                Civil Action No.  2:21-cv-00185

COMMUNITY VILLAGE, INC.
doing business as Hartsfield Village,

                Defendant,

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant_____the amount of dollars $_____, which includes prejudgment interest at the rate of_____% plus post-judgment interest at the rate of_____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff_____.

_X_ Other: This case is DISMISSED WITH PREJUDICE for failure to prosecute.

This action was (*check one*):

☐ tried to a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury and the above decision was reached.

_X_ decided by Judge James T. Moody.

DATE:   December 3, 2021                      GARY T. BELL, CLERK OF COURT

                                                                By: s/ L. Higgins-Conrad
                                                                      *Signature of Deputy Clerk*